CRESCENT PARK, Incorporated, Appellant, v. Noel WALTON, Appellee.

Court of Appeals of Kentucky.

May 22, 1953.

Albert H. Root, Newport, for appellant.

A. D. Yelton, Burlington, for appellee.

PER CURIAM.

The judgment in this case for $1125 was entered in favor of Noel Walton against Crescent Park, Incorporated, pursuant to a jury's verdict. The case is reviewable by motion for an appeal under Chapter 24 of the 1952 Session Acts, which became effective June 19, 1952.

We have carefully examined the record and have considered the briefs of counsel, and are not disposed to disturb the judgment. Therefore, the motion for an appeal is overruled and the judgment stands affirmed.